**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TABITHA McGEE, | ) No. EDCV 14-2188 FFM |
| | ) |
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of the Social Security Administration, | ) ) |
| | ) |
| Defendant. | ) |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated March 10, 2016.

DATED: March 10, 2016

                                                 /S/ FREDERICK F. MUMM
                                                 FREDERICK F. MUMM
                                                 United States Magistrate Judge